FILED '08 MAY 28 10:58 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOB MAISER,

        Petitioner,

  v.              Civil No.: 08-421-TC

MARK NOOTH,

        Respondent.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on April 22, 2008, to file an application to proceed in forma papueris, or to submit the $5.00 filing fee within 30 days of this court's order. To date nothing has been filed, nor has the requisite filing fee been tendered to the clerk.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: May __, 2008.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION