FILED '08 JUN 18 12:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOB MAISER, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil No. 08-421-TC<br>) |
| MARK NOOTH, | ) ORDER<br>) |
| Respondent. | )<br>) |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on May 28, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This proceeding is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

DATED this \_\_\_\_\_18th\_\_\_\_\_ day of June, 2008.

_____
United States District Judge

2    - ORDER